# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE LECHUGA, individually, and on behalf of all others similarly situated, Plaintiff | )<br>)<br>)<br>)<br>) |
| v. | ) Case No. 1:19-cv-05989<br>)<br>)<br>) |
| GREAT AMERICAN POWER, LLC., Defendant | )<br>)<br>) |

### DECLARATION OF JESSICA M. EVANS

The undersigned, under oath, deposes and states as follows:

1. I am over 18 years of age and authorized to make this declaration.

2. The information set forth in this declaration is based upon my personal knowledge or was gathered by persons regularly in the employ of Great American Power, LLC, from various sources of information, including records and files kept in the ordinary course of Great American Power, LLC's business. The persons who have gathered and collated this material have reported to me the information gathered and the contents of the records with respect to the information contained herein; wherefore, I state that the information contained herein is true and correct according to said records and files transmitted to me. If called as a witness, I could and would testify competently to such facts under oath.

3. I am the Director of Operations of Great American Power, LLC. I have been employed by Great American Power, LLC since June 11, 2018.

4. I am familiar with the allegations in the pleading filed in the above-captioned case filed at ECF No. 1. Great American Power, LLC did not have any active outbound telemarketing campaigns in the state of Illinois through any third-party vendor or otherwise during any of the dates identified in the pleading. Specifically, Great American Power, LLC did not make any of the outbound sales calls, nor did it authorize a third-party to make any of the outbound sales calls that the Plaintiff claims to have received on February 6, 2019, March 20, 2019, July 17, 2019 or July 19, 2019.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed October 10, 2019 at 4848 Lemmon Ave, Dallas TX

Jessica M. Evans

Subscribed and sworn to before me this 10th day of October 2019

Notary Public [Seal]

MARIA HERNANDEZ
Notary Public, State of Texas
Comm. Expires 04-26-2020
Notary ID 130637578

DMSLIBRARY01\28455\825003\35359602.v1-10/7/19