**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Michelle Lechuga

                              Plaintiff,

v.                                                          Case No.: 1:19–cv–05989
                                                            Honorable Rebecca R. Pallmeyer

Great American Power, LLC

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 7, 2020:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to stipulation of dismissal, this case is dismissed with prejudice. Defendant's motion to transfer case [19] is terminated. Status hearing previously set for 4/22/2020 is stricken. Civil Case Terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.